

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2872 | **DATE** | 8/13/2009 |
| **CASE TITLE** | Great West Casualty Co vs. Volvo Trucks N.A., Inc. | | |

### DOCKET ENTRY TEXT

Motion hearing held. Defendant's motion to vacate order on motion, terminate hearing, set/reset hearing [46] is denied.

Docketing to mail notices.

OAH00:03

| | Courtroom Deputy Initials: | mm |
|---|---|---|