UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Great West Casualty Company

                        Plaintiff,

v.                                                    Case No.: 1:08−cv−02872
                                                    Honorable Joan H. Lefkow

Volvo Trucks North America, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 25, 2012:

      MINUTE entry before Honorable Joan H. Lefkow: Motion hearing held on 10/25/2012. Plaintiff's Motion to strike with prejudice [150] is denied as stated in open court. Plaintiff's Motion for extension of time to file response [151] is granted to and including 11/30/2012. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.