## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2872 | **DATE** | 2/19/2013 |
| **CASE TITLE** | Great West Casualty Company vs. Volvo Trucks North America, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. For the reasons stated in the Memorandum Opinion and Order, defendant's motion for summary judgment [147] is granted with respect to Counts I, II, and IV and denied with respect to Count III. Should Great West prevail on its breach of warranty claim in Count III, it will be precluded from recovering consequential and special damages. Status hearing is set for 3/14/2013 at 8:30 a.m. for parties to report the potential for settlement.

■ [ For further detail see separate order(s).]  Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|